■ MELITA HABENICHT, Respondent, v NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant.—In an action pursuant to RPAPL article 15 to cancel and discharge a bond and mortgage held by the defendant, the defendant appeals from (1) an order of the Supreme Court, Nassau County (Morrison, J.), dated May 15, 1985, which, *inter alia,* granted the plaintiff's motion for summary judgment canceling and discharging of record the subject bond and mortgage, and (2) a judgment of the same court, entered June 14, 1985, which canceled and discharged of record the subject bond and mortgage.

Ordered that the appeal from the order is dismissed *(see, Matter of Aho,* 39 NY2d 241, 248). The issues raised on appeal from the order are brought up for review and have been considered on the appeal from the judgment *(see,* CPLR 5501 [a] [1]); and it is further,

Ordered that the judgment is affirmed; and it is further

Ordered that the plaintiff is awarded one bill of costs.

On this appeal, the defendant has abandoned the arguments it presented to the Supreme Court, Nassau County. In addition, it improperly seeks to raise a new argument not previously presented to that court, which we decline to consider *(see, Station Pump & Tank Maintenance & Constr. v Score Oil Corp.,* 112 AD2d 931). Lazer, J. P., Mangano, Bracken and Niehoff, JJ., concur.